Janel M. Glynn (AZ Bar No. 025497)
**THE BURGESS LAW GROUP**
3131 E. Camelback Road, Ste. 224
Phoenix, AZ 85016
Telephone: 602.806.2100
janel@theburgesslawgroup.com
*Counsel for Appellant Charles Michael Colburn*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| In the Matter of: | No. CV-21-01630-PHX-SMM |
|---|---|
| Charles Michael Colburn | BK No. 2:21-bk-05407-MCW |
| Debtor. | BAP No. AZ-21-01185 |
| | **NOTICE OF APPEARANCE** |
| Charles Michael Colburn, | |
| Appellant, | |
| v. | |
| David M. Reaves; Medmen Enterprises Incorporated, | |
| Appellees. | |

   PLEASE TAKE NOTICE THAT Janel M. Glynn of The Burgess Law Group hereby enters her appearance in the above-captioned district court case (the "Case") as counsel of record for Appellant Charles Michael Colburn ("Colburn") with respect to this appeal. The undersigned hereby further request that all notices given or required to be given in the Case be given and served upon:

Janel M. Glynn
**THE BURGESS LAW GROUP**
3131 E. Camelback Road, Ste. 224
Phoenix, AZ 85016
janel@theburgesslawgroup.com

RESPECTFULLY SUBMITTED this 21st day of October, 2021.

            THE BURGESS LAW GROUP

            By: */s/ Janel M. Glynn*
            Janel M. Glynn
            3131 E. Camelback Road, Ste. 224
            Phoenix, Arizona 85016
            *Counsel for Appellant Charles Michael Colburn*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2021, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Arizona using the CM/ECF system. I certify that all parties of record to this appeal either are registered CM/ECF users, or have registered for electronic notice, or have consented in writing to electronic service, and that service will be accomplished through the CM/ECF system.

*/s/ Angela Renteria*