|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | DEC 1 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: CHARLES MICHAEL COLBURN,

    Debtor,

_____

CHARLES MICHAEL COLBURN,

    Appellant,

  v.

DAVID M. REAVES, Chapter 7 Trustee;
MEDMEN ENTERPRISES, INC.,

    Appellees.

No. 22-16350

D.C. No. 2:21-cv-01630-SMM
District of Arizona,
Phoenix

ORDER

Pursuant to the stipulation of the parties (Docket Entry No. 7), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

                FOR THE COURT:

                By: Jonathan Westen
                Circuit Mediator